UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

R.C. and M.B., on behalf of their
minor child, N.C.,

Case No.: 07 CIV. 2806
WP4   ECF CASE

                     Plaintiff,

AFFIDAVIT OF SERVICE

v.

Summons and Complaint

Hyde Park Central School District

                     Defendant.
------------------------------------------------------------X
STATE OF NEW YORK       COUNTY OF DUTCHESS      SS.:

Theresa A. Devens, being duly sworn, deposes and says: That deponent is not a party to this action, is over 18 years of age and resides at Poughkeepsie, New York.
That on April 11, 2007 at 3:45 p.m. at 11 Boice Road, Hyde Park, New York deponent served the above papers upon Deborah Reutzel, District Clerk for Hyde Park Central School District, as agent for the above named defendant.

By delivering a true copy thereof to said defendant through Deborah Reutzel, District Clerk for Hyde Park Central School District, acting as agent on defendant's behalf; deponent knew said person served to be the person described as agent for the defendant therein.

Description - deponent describes the individual served as follows:

Sex  FEMALE   Skin Color  WHITE   Approx age 40   Approx Ht. 5'6"   Approx Wt. 130
Color of Hair  BLONDE   Color of Eyes  BLUE        Other

Sworn to before me this
12th day of April, 2007

_____
Notary Public

_____
Theresa A. Devens

LINDA A. GERACI
Notary Public, State of New York
No. 02GE6074505
Qualified in Dutchess County
Commission Expires May 20, 2010