# DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

ATTORNEYS AND COUNSELLORS AT LAW

2517 ROUTE 52

HOPEWELL JUNCTION, NEW YORK 12533

JOHN M. DONOGHUE
LAWRENCE W. THOMAS
JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*

ANA ISABEL GONZALEZ
JUDITH CRELIN MAYLE
BRYN SARVIS PACE
NEELANJAN CHOUDHURY

PARALEGAL
LYNN W. CYBULSKI
CHRISTINE A. MERSAND

*ADMITTED IN NEW YORK AND NEW JERSEY

(845) 227-3000

TELECOPIER (845) 227-6873

OF COUNSEL
ROCHELLE J. AUSLANDER
D'ANDREA & GOLDSTEIN
NATALIE J. MARSHALL

WESTCHESTER COUNTY OFFICE:
700 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
(914) 725-7893
TELECOPIER (914) 472-1840

May 1, 2007

[Stamp: U.S. DISTRICT COURT FILED MAY 02 2007 S.D. OF N.Y. W.P.]

**MEMO ENDORSED**

**VIA FIRST-CLASS MAIL**

Honorable Mark D. Fox
U.S. District Court
U.S. Courthouse
300 Quarropas Street - Room 434
White Plains, New York 10601

Re: *R.C. and M.B., on behalf of minor child N.C. v. Board of Education of the Hyde Park Central School District*
*Index No. 07 CIV 2806 ECF WP4*

Dear Judge Fox:

Counsel for Plaintiffs has consented to an extension of time for Defendant to serve its Verified Answer from May 1, 2007 (original due date) to May 8, 2007. No previous requests for adjournment or extension have been made.

We thank the court for its courtesies.

Sincerely yours,

*Daniel Petigrow*
Daniel Petigrow

[Stamp: MICROFILM MAY 02 2007 USDC SD NY WP]

cc: Linda A. Geraci, Esq.
21 Old Main Street - Suite 203
Fishkill, New York 12524

5/2/07

[Handwritten endorsement] Application Granted
So Ordered

[Stamp: MARK D. FOX United States Magistrate Judge Southern District of New York]