UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
R.C. and M.B., on behalf of their minor child, N.C.,

                Plaintiffs,           NOTICE OF MOTION

against                                   File No.: 07 CIV. 2806
                                            WP4
BOARD OF EDUCATION OF THE HYDE PARK      ECF CASE
CENTRAL SCHOOL DISTRICT,

                Defendant.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed affidavit of Merry Buckhout, sworn to or affirmed June 22, 2007 and upon the complaint herein, the attached memorandum of law, and the record of the impartial hearing, plaintiff will move this Court, on the 17th day of August, 2007, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the plaintiffs.

Dated: Fishkill, New York
       June 29, 2007

                                                  Linda A. Geraci (LAG0687)
                                                  21 Old Main Street, Suite 203
                                                  Fishkill, New York 12524
                                                  (845) 896-1106

To:

      Daniel Petigrow, Esq.
      Donoghue, Thomas, Auslander & Drohan
      2517 Route 52
      Hopewell Junction, New York 12533

      Clerk of the Court
      United States District Court
      for the Southern District of New York
      300 Quarrapos Street
      White Plains, New York 10601-4150