UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
R.C. and M.B., on behalf of their minor child, N.C.,

                Plaintiffs,

against

BOARD OF EDUCATION OF THE HYDE PARK
CENTRAL SCHOOL DISTRICT,

                Defendant.
----------------------------------------------------------X

AFFIDAVIT OF SERVICE

File No.: 07 CIV. 2806
WP4
ECF CASE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF DUTCHESS )

      Melissa Hayn, being sworn says: I am not party to the action, am over 18 years of age and reside in Wappingers Falls, New York. That on June 29, 2007, I served a true copy of a Notice of Motion, Affidavit in Support, Statement Pursuant to Local Rule 56.1 and Memorandum of Law in the following manner: By mailing the same in a sealed envelope, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Daniel Petigrow, Esq.
Donoghue, Thomas, Auslander & Drohan
2517 Route 52
Hopewell Junction, New York 12533

_____
Melissa Hayn

Sworn to before me this
29th day of June, 2007

_____
Notary Public

THERESA A. DEVENS
Notary Public, State of New York
No. 01DE6154538
Qualified in Dutchess County
Commission Expires October 23, 2010