UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.C. and M.B., on behalf of their minor child, N.C.,

                Plaintiffs,

against

BOARD OF EDUCATION OF THE HYDE
PARK CENTRAL SCHOOL DISTRICT,

                Defendant.
------------------------------------------------------------X

NOTICE OF CROSS-MOTION
FOR SUMMARY JUDGMENT

07 CIV 2806 (MDF)

ECF Case

**PLEASE TAKE NOTICE**, that upon Defendant's Rule 56 Statement, the administrative record before the New York State Review Officer, and Defendant's Memorandum of Law; and the pleadings and prior proceedings herein, a cross-motion will be made at the United States Courthouse, White Plains, New York on the 17th day of August, 2007 at 9:00 am in the forenoon or as soon thereafter as counsel may be heard, for an Order granting Defendant's Cross-Motion for Summary Judgment dismissing Plaintiff's complaint in all respects and awarding judgment on its counterclaim, together with such other and different relief as the Court may deem just and proper.

Dated:    Hopewell Junction, New York
           August 3, 2007

                          Respectfully submitted,
                          DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

        By:      */s/ Daniel Petigrow*
                    Daniel Petigrow (DP 7422)
                    Attorneys for Defendant
                    Board of Education of the Hyde Park Central School District
                    2517 Route 52
                    Hopewell Junction, NY 12533
                    Tel.:   (845) 227-3000
                    Fax:   (845) 227-6873

TO: Linda A. Geraci, Esq.
Attorney for Plaintiffs
21 Old Main Street
Suite 203
Fishkill, NY 12524