

THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK

OFFICE OF STATE REVIEW
Paul F. Kelly
Assistant Counsel & State Review Officer
80 Wolf Road, Suite 203
Albany, New York 12205-2643
Tel. 518-485-9373
Fax 518-485-9377

**VIA UPS MAIL**

July 11, 2007

J. Michael McMahon, Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: <u>R.C. and M.B. o/b/o N.C. v. Hyde Park CSD</u>
07 CIV. 02806 (MDF)
SRO Decision No. 06-127

Dear Clerk of the Court:

By letter dated June 12, 2007 and received by our office June 14, 2007, defendant's counsel in the above-entitled action requested that this office submit to you a certified copy of the hearing record that was before the State Review Officer in Appeal No. 06-127.

Enclosed is a certified hard copy of the hearing record for filing with the Clerk's office. The record is too voluminous for electronic submission.

By copy of this letter to Daniel Petigrow, Esq., I ask that he provide this office with a courtesy copy of the final decision of the Court.

Do not hesitate to contact me if I may be of further assistance.

Respectfully submitted,

*Cynthia DiVirgilio*

Cynthia DiVirgilio
Appeals Coordinator

Enclosures

cc: Daniel Petigrow, Esq.
    Linda A. Geraci, Esq.