## THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                        October 16, 2006

### Interim Report (Grade 10)

| Subject | Grade | Comments | Teacher |
|---|---|---|---|
| Mathematics | B | Nicholas is conscientious about turning in his daily assignments and is always attentive in class. The language and vocabulary of geometry sometimes trip him up, but we spend considerable time in class working through these difficulties. He earned a solid B on the first chapter test. | Kenneth I. Borden |
| Literature | B+ | Nick has made a fine start to the term. His assignments are consistently well constructed and submitted on time. His class participation has improved over the course of the term. His journal entries show that he has a solid understanding of the material and is making relevant connections with the text. | Kristen Rosecrans |
| History | B | Nick is interested in the subject of History. He completes all assignments and his tests and quizzes are above average. He participates every day and is never afraid to voice his opinion concerning an aspect of the Renaissance and First Global Age. He writes some interesting responses in his daily History journal. | Paul Young |
| Science | B | Nick participates well in all aspects of this class. He is always happy to try something new and responds well to feedback. He has some difficulty with the vocabulary used in this course; it may benefit him to start a vocabulary deck that he can review in anticipation of quizzes and the term exam. | Marcie Wistar |
| Language Training | | Nick readjusted well to the language training program. He is making a consistent effort to complete nightly tutoring assignments and keep up with his subject matter work. We spent the first few weeks reviewing some of the elements of basic phonics and spelling that he covered last year, such as the six kinds of syllables, syllable division rules, and spelling rules for adding suffixes as well as reinforcing his application of them in contextual reading and writing. We have also continued his work with sentence construction and the organization of basic paragraphs. In the coming weeks, we will shift our focus to advanced phonics and to increasing the length and sophistication of his written work. He is making good progress in the sixth novel in the Series of Unfortunate Events books by Lemony Snicket, *The Ersatz Elevator*. I am pleased to be working with him this year. | Christine A. Thompson |

Robert A. Lane, Ed.D., Academic Dean

 **THE KILDONAN SCHOOL** 
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                                November 20, 2006

### Language Training

A responsive and cooperative student, Nick made the adjustment to a new language training situation this year. He came to class each day, ready to work and determined to improve his language skills. He had a good foundation with which to work; however, it is the application of his skills that causes him the most difficulties. He completes his assignments each day; it is refreshing to have a student who gives maximum effort in each session.

While Nick's cursive handwriting was well-established, he had reverted to printing. We began reviewing the formations using Diana Hanbury King's *Cursive Writing Skills* workbook to help him remember the upper and lower case letters. The ones he has difficulty with are lowercase f and uppercase J. He now writes exclusively in cursive and should not print.

Nick reviews the Gillingham Phonics Drill Cards each day; while he knew many of the consonant graphemes, he had difficulty with th saying /th/ as in this and the final stable syllable -sion saying /zhun/ as in persuasion. He confused several vowel graphemes; he studied the two sounds of oo (e.g. Food is good) as well as the other ways to spell /oo/ (e.g., ou and ew). He reviewed syllable division rules, concentrating on the ti/ger and cam/el rules (i.e., V/CV and VC/V) and drilled words containing consonant-le syllables (e.g., bugle, giggle). He was introduced to words ending in -ion such as onion and billion. Finally, he is discovering the history of the English language by working through Suzanne Carreker's workbook, *Word Detective*. Thus far, he has learned the clues necessary to identify Anglo-Saxon/Old English words. He is also studying Latin prefixes and knows their meanings (e.g., ambi-, anti-, and ab-).

Nick practiced spelling each day; he was drilled on words from misspellings in his dictation and written work as well as from Barbara Carter's list of Red Word Sentences, which contains everyday non-phonetic words (e.g., should, floor, whose). He reviewed the long spelling right after short vowel spelling generalization (i.e., ch/tch, k/ck, ge/dge) as well as the suffix -ic. Finally, he read and spelled words containing initial and final blends by using finger spelling to hear each sound.

For expository writing, Nick wrote sentences and could identify the subject and predicate as well as grammatical concepts (e.g., nouns and pronouns). He completed exercises in *Sentence Mastery*, Book B, to combine his sentences and make them more descriptive. He has difficulty remembering when to capitalize words in his writing, so he is working in the *Capitalization and Punctuation* workbook. In the winter term, we will continue to work on his writing skills.

We leave fifteen minutes of our tutoring for oral reading. He reads accurately but sometimes guesses at unfamiliar words rather than break them up into syllables. To help with sight word recall, he drilled words on the Dolch and Fry Lists (e.g., women, bury, heart). We are also working on his reading fluency by doing daily reading drills, with phonetically regular words to help with rate and accuracy. He rereads the group of words four times and sees an improvement in those skills. Currently, he is still reading Lemony Snicket's *The Ersatz Elevator*, the sixth book in the *Series of Unfortunate Events* books.

I am pleased with Nick's work ethic and positive attitude; I look forward to seeing his progress this year.

Christine A. Thompson
Christine A. Thompson

# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                                November 20, 2006

**Geometry**                                                            **Term:**      B-

                                                                        **Absences:**   0

|                                              | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|----------------------------------------------|:---:|:---:|:---:|:---:|
| Brings required materials to class           | X |  |  |  |
| Arrives at class on time                     | X |  |  |  |
| Prepares assignments for class               | X |  |  |  |
| Respects the learning environment of the classroom | X |  |  |  |

**Course Description:**

Using *Geometry -- A Guided Inquiry* as our text, this class has spent most of its time, on one hand, engaging in hands-on projects, often using ruler and protractor to discover geometric patterns and relationships, and, on the other hand, developing a formal process of questioning and deduction, allowing us to apply what we have already learned to be true to help us determine what we have yet to discover to be true or not. We have begun to distinguish a critical difference between reasoned proof and wild assumption. Students are expected to complete and submit daily assignments on which they show all their work. Those assignments are then corrected and returned the following class period, enabling them to gauge their day-to-day progress. Half of their grade depends on the consistency and quality of those assignments. The other half depends upon class participation and performance on quizzes, tests, and exams.

**Comments:**

Nicholas is a dedicated, diligent student who, despite the challenging material in this course, is giving his all to understand the concepts and carry out the procedures to solve problems. Unlike algebra, the work we do in this class involves what can sometimes be a daunting number of new vocabulary terms, as well as written two-column proofs. He has struggled with the precision required of the language used in geometry. Nevertheless, he has shown great perceptiveness in our class problem-solving activities. Indeed, it was Nick's insight that allowed the class to solve a difficult problem that had them completely stumped for a few minutes. It probably goes without saying that he completed every assignment this term, good for a cumulative assignment average of 84%. He achieved a C+ and a C on the two sections of the term exam, grades fairly consistent with the B and C he received on earlier chapter tests. Nick should be aware that he can seek extra help any Tuesday afternoon, when I am proctoring the afternoon math study hall. I look forward to his continued progress throughout the remainder of the year.

*Kenneth I. Borden*

Kenneth I. Borden

# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                November 20, 2006

**World Literature**                                          Term:      B+

                                                              Absences:  0

| | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | X | | | |
| Arrives at class on time | X | | | |
| Prepares assignments for class | X | | | |
| Respects the learning environment of the classroom | X | | | |

**Course Description:**

World Literature is a study of literary works from various time periods and cultures. The fall term was devoted to studying the epic poem *Beowulf*. We also completed a brief unit on Geoffrey Chaucer's *Canterbury Tales*. To supplement the texts, students participated in daily reflective journal entries, discussions, and multisensory activities. Every other week, they took quizzes on the material presented in class. In addition to formal assessments, they were expected to learn to use the course website to post responses (i.e., blog entries) about the thematic elements of the literature we covered in class. They experimented with the basic skills involved in character development and analysis; a more in-depth study of character and motivation will follow. The term grade is based on participation, weekend assignments, projects, biweekly assessments, and the term exam.

**Comments:**

Nick had a fine term in literature. His weekend assignments are always submitted on time, and his work shows depth and effort. I am always pleased to see when he goes beyond the requirements set in the assignment, and his classmates are equally impressed with his work. He especially enjoys creative assignments on which he can use the computer. During class he is often reluctant to share his ideas, but his participation is becoming more voluntary the more he participates in class activities. His journal entries and blog responses show that he has a solid understanding of the material presented in class. He earned a B+ on the term exam despite the fact that he left his essay outline at home and was unable to use it on the exam. I have enjoyed working with Nick and wish him a relaxing Thanksgiving break.

*Kristen Rosecrans*

Kristen Rosecrans



## THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                          November 20, 2006

Global Studies II                               Term:      B
                                                Absences:  0

|  | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class |  | X |  |  |
| Arrives at class on time | X |  |  |  |
| Prepares assignments for class |  | X |  |  |
| Respects the learning environment of the classroom | X |  |  |  |

### Course Description:

Global Studies II is a survey course covering events, time periods, movements and people viewed through the lens of the relationship between past and present. During this term, we covered the Renaissance, the Global Age, the French Revolution, and the Industrial Revolution. Students analyzed historical events, patterns of interactions, and relationships, and articulated their analysis. In addition, there was a recurring emphasis on the vocabulary of history. Material was presented through a number of approaches including lectures, videos, discussions, and multisensory assignments. Students were assessed through a variety of methods including weekend assignments, class participation, quizzes, chapter tests, and a term exam.

### Comments:

Nick had a productive term. He showed an interest in all of the major themes we covered and was able to articulate his understanding through his weekly assessments. He created drawings depicting the tension between religion and science during the Renaissance, mapped European exploration of the Americas, created flowcharts of the causes and effects of the French Revolution, and made important connections between the mechanization of the textile industry and the growth of slavery in the southern colonies during the initial phases of the Industrial Revolution. Always respectful and thoughtful, he often added valuable insight to our class discussions, particularly on the subject of advancements in technology. I am pleased with his effort and energy. He earned a B- on his term exam.

Paul Young



# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa								November 20, 2006

**Biology**						Term:		B+

						Absences:	0

|  | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | X | | | |
| Arrives at class on time | X | | | |
| Prepares assignments for class | X | | | |
| Respects the learning environment of the classroom | X | | | |

**Course Description:**

This term, students of biology learned to use the scientific method as a tool for inquiry. Students conducted research into a variety of phenomena and used the metric system to quantify and analyze their results. To learn about the characteristics of life, students worked with brine shrimp; this cryptobiotic species hatches within days and demonstrates development from a single cell. Students manipulated the environments of the brine shrimp to determine if the changes would affect the rate of development. One unit this term was formatted as a layered curriculum. That unit focused on cellular structure and function and allowed students to choose how they learned about the material. During the final unit of the term, students learned about passive and active transport across the cell membrane by experimenting with chicken eggs and modeling.

**Comments:**

Nick completed all levels of the cell unit, earning himself an A for the unit. His A-level project was on microscopes; during his oral presentation, he discussed the pros and cons of each type of microscope and demonstrated solid reasoning for his choice for the best microscope. He does a nice job of asking for help, but would do well to try to figure out answers on his own by referring to his notes or seeking help from another student. He earned an 83 on the term exam; he struggled with questions on cellular structure and function.

							Marcie Wistar

							Marcie Wistar


**THE KILDONAN SCHOOL**
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                                                   November 20, 2006

## Student Life Report

*Comments*

**Sports**          *Grade*
                    A

*Coaches*
Frank A. Sorrentino
Michael J. Setaro

The Golf Program at Kildonan offers participants the opportunity to approach the sport in a relaxed atmosphere. For some, this has served as an introduction to golf. Other students are discovering talents, while some are further developing the skills they've acquired previously. Although the team does not traditionally compete interscholastically in the fall term, there is still competition to be found both within the group and oneself. Daily practice schedules were designed to provide students with practical situations that were both challenging and fun. Nick was an enthusiastic and energetic addition to our team. Although his performance when golfing can best be described as inconsistent, he showed fine improvement in his skills over the course of the term. He should be proud of all his hard work.

**Community**       *Effort*
**Service**         Outstanding

*Supervisors*
Alastair Thompson
Rebecca Burleigh

The recycling community service was responsible for collecting the recycled goods from the various locations on campus and bringing them to the main bin for the service to pick up. The students also made signs to post around school and helped get the word out that recycling helps our Kildonan community. They also helped coordinate purchasing new bins for the school. Nicholas was a responsible member of the group and did his best to keep things running on schedule and in an organized manner.

**Campus Life**

*Supervisors*
Brian Zolet

While they form their own distinctive group on campus, the day students integrate with the entire community during lunch, classes, community service activities, athletics, special assemblies and events. Highlights of the Fall Term include interscholastic soccer, the Orientation Day Scavenger Hunt, Parents' Weekend events, and the Halloween Dance. We expect them to be on time for their commitments and respectful to faculty, staff, and the student body. In addition, we expect them to follow the dress code. We are appreciative of the special nature of the day student. Nick is punctual and respectful to those around him. He goes about his business in a quiet and consistent manner.

Brian Zolet, Dean of Students



## THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa

December 18, 2006

Drawing & Painting

Term: A-

Absences: 1

|  | Often | Sometimes | Rarely |
|---|---|---|---|
| Arrives on time prepared for class | X | | |
| Uses class time productively | X | | |
| Uses tools, materials, workspace properly | X | | |
| Interacts with cooperation and courtesy | X | | |
| Shows familiarity with concepts | X | | |
| Applies assigned techniques to work | | X | |
| Shows interest in quality of work | X | | |
| Shows overall skill improvement | X | | |

**Course Description:**

This course involved an in-depth exploration of drawing and painting tools and mediums. The students experimented with different drawing materials (i.e., charcoal, pastel, pen and ink) and painting mediums (i.e., watercolor, acrylic). An emphasis was made on experimenting with various drawing and painting techniques and processes (i.e., shading, texture quality, drybrush, wet into wet, palette knife work, 3-D work). Students were expected to work in sketchbooks for idea generation and formulation as well as for materials exploration. They worked from preliminary sketches to create their final works. Individual ideas were encouraged; however, the students were required to demonstrate a willingness to try new mediums and techniques.

**Comments:**

It was a pleasure to have Nick as a student this semester. His dedication and focus for his work was demonstrated throughout the semester; however, his steady focus, at times, may have hindered his ability to try new drawing ideas. He shows a great deal of drawing skill and should feel comfortable trying different approaches and subject matter when conceiving drawing ideas. Nick's enthusiasm for drawing is one that could encompass added opportunities and challenges.

Craig Wickwire

 **THE KILDONAN SCHOOL** 
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                    January 22, 2007

## Interim Report (Grade 10)

| Subject | Grade | Comments | Teacher |
|---|---|---|---|
| Mathematics | B- | Although the material we covered before vacation was difficult for Nick, he worked hard to understand how to develop a logical proof. He earned a C+ on the chapter test, a grade that seemed an accurate indication of his degree of mastery of that unit. He is now progressing on pace with the constructions project, again working diligently to produce good results. | Kenneth I. Borden |
| Literature | B+ | We are currently studying Shakespeare's *Othello*. Nick has made a fine start to the term. Despite the initial frustration of studying Shakespeare, his work shows a fine understanding of the material. He frequently volunteers to read during class and offers his ideas to discussions more regularly. | Kristen Rosecrans |
| History | B | Nick is very interested in our study of World War I, and his work to date has been a reflection of this. As usual, his weekend assignments are well done. He has been a more vocal presence in the classroom and has completed some excellent in-class assignments. | Paul Young |
| Science | B+ | Nick demonstrates a fine understanding of the course material through discussion and application. More often than last term, he is able to articulate his understanding accurately and with confidence. I have also noticed that he is resolving questions more independently than in the past. Keep up the hard work. | Marcie Wistar |

Robert A. Lane, EdD, Academic Dean


## THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501


Nicholas Costa                                                    February 26, 2007

**Language Training**

Nick continues to make great strides in Language Training. He comes to tutoring each morning, ready and eager to work hard. He always completes his daily assignments, which help to reinforce what we do in our lessons.

Nick begins tutoring with handwriting drills. While he knows the formations, many of his letters need extra practice. For example, he still confuses m and n, and he also needs to close his lower case b and g. Finally, he has focused on the difficult upper case alphabet, especially g, s, and z. Taking his time and thinking about what he is writing will enable Nick's cursive writing to be more legible.

We continue to review and study phonics. He has learned the clues to identify words of Anglo/Saxon and Latin origin. That knowledge will help him with proper pronunciation and spelling of unfamiliar words. He also learned the vowel team ei that says both long e and long a as in the sentence, "Seize the reins." He studied the second sound of ou which says /oo/ in words of French origin (e.g., soup, coupons). He practiced reading, sorting, and drilling words containing the three sounds of vowel y (i.e., long i, long e, and short i). Finally, he has learned the definitions of the Latin prefixes contra-, counter-, con-, dis-, fore-, for-, and ex-.

Spelling continued to be a focus of our sessions. Nick reviewed the long spelling right after short vowel trick (e.g., ch/tch and ge/dge). I dictate from a list of Red Word Sentences, and the words he misspells go into his spelling pack for daily drill and dictation. When he has particular difficulty with a certain word, we go over the concept. For example, he had trouble remembering that the word medal ended in -al, so he read and spelled words containing that ending. Also, he would reverse the ie in the word field, so he studied the generalization that the long e spelling in the middle of words is more commonly spelled with ie rather than ei.

Nick has completed many writing and grammar exercises this term. He practiced writing more creative and descriptive sentences, specifically compound and complex sentences. The workbook *Sentence Mastery, Book B*, helped to facilitate these lessons. He also learned to identify articles, pronouns, and adjectives in his writing. Finally, capitalization exercises in the workbook *Capitalization and Punctuation* have helped him remember to capitalize days, months, holidays, proper adjectives (e.g., French fries, Canadian border), and relationship names (e.g., Dad, Grandma).

Oral and silent reading always end our day. Nick continues to do fluency drills, reading lists of words in a timed setting. Words that he continues to misread go into his reading deck as well as non-phonetic words. Some of the words include: tunic, enlist, and guarantee. He studies to improve his vocabulary by drilling words and completing exercises in *Wordly Wise 3000*, Book Three. Currently, he is reading the seventh book in Lemony Snicket's A Series of Unfortunate Events series called *The Vile Village*.

Nick is a diligent student who takes full advantage of the opportunity to improve his language skills. I hope he enjoys Ski Week at Killington.

*Christine A. Thompson*
Christine A. Thompson

# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                              February 26, 2007

Geometry                                        Term:      B-

                                                Absences:  1

|  | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | X | | | |
| Arrives at class on time | X | | | |
| Prepares assignments for class | X | | | |
| Respects the learning environment of the classroom | X | | | |

### Course Description:

We began the term exploring the logic that underlies formal geometric proofs. We practiced two-column proofs as we investigated the properties of quadrilaterals. We then spent a long portion of the term working on constructions, a practice developed by the Greeks, which requires a firm grasp of geometric concepts as well as a creative approach to problem solving. Students were required to submit a packet of completed constructions. We then spent the remainder of the term learning to find the areas of two-dimensional shapes, such as parallelograms, triangles, and trapezoids, and the volume of three-dimensional shapes, such as prisms and pyramids. Students were expected to complete daily assignment for the portions of the term when we were not working on constructions. Half of their grade depends upon the consistency and quality of those assignments and the constructions, while the other half depends upon class participation and performance on quizzes and tests.

### Comments:

There have been a number of occasions this term when it was Nick who provided the critical idea that allowed us to proceed while solving a problem together in class. On the other hand, there have also been several instances where he needed repeated help, especially when we were working with constructions. Sometimes he sees it, and sometimes he misses it. Nevertheless, it is obvious to me that he tries his hardest all the time. He always pays attention in class, and he always completes his daily assignment. Indeed, this term he earned an impressive 89.7% cumulative assignment average. His chapter test grades ranged from B to C, and he achieved a C- on the final test. He worked hard on his constructions packet, turned it in the day it was due, and earned a B-. I appreciate his earnest, serious approach to his math studies, and look forward to working with him throughout the spring term.

Kenneth I. Borden

# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                    February 26, 2007

**World Literature**                              Term:      B+

                                                  Absences:  2

|  | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | X | | | |
| Arrives at class on time | X | | | |
| Prepares assignments for class | X | | | |
| Respects the learning environment of the classroom | X | | | |

**Course Description:**

The main focus of the winter term in World Literature was William Shakespeare's *Othello*. Students explored the intricacies of plot development and character motivation through activities that elicited both personal interpretation and collaborative discussion. The entirety of the play was read aloud in class, and as students became more familiar with the language, many volunteered to read parts. Reading was always followed by critical discussions about the content. Students continued to write weekly blog responses and were expected to construct well developed and structured responses. Written requirements were increased as students were expected to develop and support more sophisticated arguments. To further their understanding, we watched relevant videos and completed numerous multisensory activities; they were responsible for the information presented in each. Grades are based on participation, weekend assignments, projects, blog entries, and the term exam.

**Comments:**

Nick had a fine term in literature. After his initial frustration with the subject matter, he quickly acclimated to the work expected of him. He was an active participant in class discussions, and he regularly volunteered to read aloud from the text. His weekend assignments were always well constructed and submitted on time, and he regularly added original, creative elements to his work. When he is faced with a challenging concept, he often gets frustrated very quickly; on the other hand, after hearing an explanation, he often calms down just as fast. I encourage him to express his need for clarification earlier so he does not have to reach the point of frustration. His journal entry and blog responses show that he understands and is making valuable connections with the text. He is a pleasure to have in class, and I look forward to working with him again in the spring term.

Kristen Rosecrans

# THE KILDONAN SCHOOL
425 Morse Hill Road, Amenia, NY 12501



Nicholas Costa	February 26, 2007

Global Studies II	Term:	B+

Absences:	2

| | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | x | | | |
| Arrives at class on time | x | | | |
| Prepares assignments for class | x | | | |
| Respects the learning environment of the classroom | x | | | |

**Course Description:**

During the winter term, we covered World War One and The Russian Revolution. In order to humanize those time periods, we constructed biographies of Archduke Francis Ferdinand, Gavrilo Princip, V. I. Lenin, Joseph Stalin and Woodrow Wilson. Also, we focused on the emerging middle class, the rise of fascist and totalitarian states, the economic impact of the Treaty of Versailles, and the technological and industrial changes that occurred in the West over those time periods. In class, concepts were presented in a variety of ways, including discussion, lecture, group work, and class activities. Students were evaluated on class participation, assignment preparation, tests, and the term exam.

**Comments:**

Nick had another successful term. Assignments were always complete and on time. His articulation of the major events of World War One was above average. He showed an understanding of the causes and effects of the Russian Revolution. Always eager to participate, he kept our class discussions alive. His interest in the workings of the world was contagious, and I was very pleased with his effort and energy. He earned a B+ on the term exam.

Paul Young

 **THE KILDONAN SCHOOL** 
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                              February 26, 2007

**Biology**                                            Term:      B+

                                                         Absences:   1

|   | Always (100%) | Usually (67-99%) | Sometimes (34-66%) | Rarely (0-33%) |
|---|---|---|---|---|
| Brings required materials to class | X | | | |
| Arrives at class on time | X | | | |
| Prepares assignments for class | X | | | |
| Respects the learning environment of the classroom | X | | | |

**Course Description:**

Sexual reproduction was the main focus of this term in Biology. Students explored the various mating behaviors and compared them to reproductive strategies. They explored the benefits and disadvantages of sexual and asexual reproduction. Study during the remainder of the term focused on genetics and the mechanisms of genetics. During labs, students extracted DNA from kiwi fruit, attempted to reconstruct a human karyotype, and considered the social and ethical implications of DNA mapping while watching the movie *Gattaca*. Students learned to use Punnet squares to predict monohybrid and dihybrid genetic crosses. When learning about meiosis, they made large chalk drawings on the desks. As part of this unit, they also learned about several common genetic disorders. Finally, the term ended with a study of DNA and cancer. Students made paper and clay DNA models, demonstrated DNA replication, and learned how DNA mutations can cause cancer.

**Comments:**

Nick seemed to enjoy the order and pattern of the genetics problems the class worked on this term. He demonstrated a fine understanding of the concepts of genetics and applied that knowledge to his weekend assignments. With the exception of three, his weekend assignments were all in the A range. Although he struggled to comprehend some of the ethical issues discussed this term, he made a great effort. He often contributed to the understanding of others by posing questions of his own. I encourage him to keep making such efforts as we explore the implications of evolution on medicine next term. On the final exam he earned an 88. On this test he demonstrated a fine understanding of all genetic principles and DNA information, but was unsuccessful on some of the novel questions posed on the test. I've found that he benefits from verbalizing and rephrasing questions to gain a better understanding of how to proceed, he should try to do this as much as possible. Keep up the good work.

                                                                   *Marcie Wistar*
                                                                   Marcie Wistar

 **THE KILDONAN SCHOOL** 
425 Morse Hill Road, Amenia, NY 12501

Nicholas Costa                                                                                    February 26, 2007

## Student Life Report

*Comments*

| | | |
|---|---|---|
| **Sports** | Grade<br>A- | The ski team enjoyed a victorious season, finishing first in three out of the four regular season races. That accomplishment earned them the treasured Silver Cup. At the time of this writing, they are the favorite to win the championship for a second year in a row. Nick returned to the team with improved skills and characteristic eagerness. He further improved his skills and remained an excellent sportsman. He was a pleasure to have on the team. |
| *Coaches*<br>Karl L. Oppenheimer<br>Todd Titone | | |
| **Skiing &<br>Snowboarding** | | Our season got off to a late start because of the lack of snow, but students thoroughly enjoyed the six days we were able to ski. Nick continues to be a blue armband skier. Although he does attend his lessons and seems to enjoy the skiing, he did not put forth the necessary effort to improve his skiing. He is a good skier and could earn his black armband if he would put out the effort. |
| *Supervisors*<br>Ann S. Brown | | |
| **Community<br>Service** | Effort<br>N/A | Prior to the start of the regular season, members of the ski team participated in extended dry land training during Wednesday community service. When the season began, races were held on Wednesday afternoons. |
| *Supervisors*<br>Karl L. Oppenheimer<br>Todd Titone | | |
| **Campus Life** | | While they form their own distinctive group on campus, the day students integrate with the entire community during lunch, classes, community service activities, athletics, special assemblies and events. Highlights of the Winter Term include interscholastic basketball and skiing, the Thursday Ski Program, and the Kildonan Classic basketball tournament - including an after-tournament dance sponsored by the Student Council. We expect them to be on time for their commitments and respectful to faculty, staff and student body. In addition, we expect them to follow dress code. Nick continues to go about his business in a conscientious and amiable manner. |
| *Supervisors*<br>Brian Zolet | | |

Brian Zolet, Dean of Students

 **THE KILDONAN SCHOOL** 
425 Morse Hill Road, Amenia, NY 12501

February 26, 2007

**Skiing & Snowboarding**

The ski and snowboard program uses a system of armbands that correspond with the varying ability levels of the participants. Students progress through the levels based on improvement and are tested using specific criteria for each armband. The armband levels they attain directly correspond to the national system of rating trails: green (novice), blue (intermediate), and black (expert). In addition, there are two special categories: white and blue whale. A student will receive a white armband if he/she has little or no experience on the slopes. The blue whale is reserved for those who have participated in a multi-day test and is indicative of a high level of skill and achievement. Whites receive three one-hour lessons a day, greens receive two hours a day, and blues receive one hour a day. Those who progress to the black armband may, by choice, attend advanced lessons.

White armband skiers and snowboarders are novices with little experience and some apprehension about speed, direction, and control. They ski with an instructor, or with a partner, and only on those trails specified by their instructors.

Green armband skiers and snowboarders have mastered basic skills, including the use of their equipment, loading and unloading from a chair lift, and proper etiquette and responsibility on and off the slopes. They are allowed to ski only those trails marked with a green circle.

Blue armband skiers and snowboarders have mastered basic intermediate skills. For skiers, they include wide track parallel turns of short, medium, and long radii initiated with a proper pole plant. Snowboarders are expected to link turns with a rising and sinking motion as well as be able to do "flatland spins". All blue participants are expected to uphold proper standards of etiquette and responsibility on and off the slopes and are allowed to ski on trails marked with a blue square or green circle.

Black armband skiers are able to carve all their turns, do hop turns, and control their edges by completing five linked turns on one ski. They are able to ski in moguls and to control their speed on all kinds of hills. Snowboarders who have achieved the black armband are able to carve, ride fakie, do a 180 degree rotation, and board in all areas, including the snowboard park.

*Ann S. Brown*

Ann Brown & Ben Powers