## HYDE PARK CENTRAL SCHOOL DISTRICT
## SPEECH/LANGUAGE EVALUATION

Name: Nicholas Costa  
DOB: 5/12/91  
CA: 16 years, 0 months  

School: Roosevelt High School  
Grade: 10  
DOE: 4/30/07  

### Reason for Evaluation:
Nicholas is currently a tenth grade student attending Kilmain School. He was last tested as a seventh grader at Haviland Middle School and was due for a reevaluation to assess his current speech and language skills.

### Results of Testing and Observations:

#### General Behavioral Observations:
Nicholas presented as a pleasant and cooperative student who performed all tasks asked of him. He appeared slightly nervous at first but calmed down quickly. He took his time to think the answers through and seemed focused. He appeared to become fatigued near the end of the two-hour testing session.

#### Speech:
It was observed during testing that Nicholas demonstrated a mild dysfluency that consisted of whole word repetitions.

#### Language:
The *Clinical Evaluation of Language Fundamentals -3 (CELF-3)* was administered to assess Nicholas' overall language abilities.

|  | Standard Score | Percentile |  |
|---|---|---|---|
| **Receptive Subtests** | | | |
| Concepts and Directions | 8 | 25 | Avg. subtest score |
| Word Classes | 8 | 25 | 1-12 |
| Semantic Relationships | 10 | 50 | |
| **Expressive Subtests** | | | |
| Formulated Sentences | 15 | 95 | |
| Recalling Sentences | 3 | 1 | |
| Sentence Assembly | 10 | 50 | |
| Receptive Language Score | 92 | 30 | Avg. language score |
| Expressive Language Score | 96 | 39 | 100 +/-15) |
| Total Language Score | 93 | 55 | |
| **Supplementary Subtest** | | | |
| Listening to Paragraphs | 11 | 63 | |

Nicholas's receptive and expressive language scores are within normal limits for his age. He performed in the above average range on the Formulated Sentences subtest, which measures his ability to formulate a sentence when given a stimulus word and a picture. He achieved scores within the average range on the Sentence Assembly subtest for his ability to assemble grammatically acceptable sentences out of sentence fragments, and the Semantic Relationships subtest, which measures his understanding of language in his ability to interpret sentences that make comparisons, including time and serial order. He achieved low average scores on the Concepts and Directions subtest for his ability to follow directions of increasing length and complexity, and the Word Classes subtest, which measures a students' ability to perceive relationships between words and vocabulary skills. Nicholas did seem to lose focus for a short time for the last five of the Word Classes subtest questions. He did not take as much time to think out the answer and was more impulsive. When asked if he needed a short break at that time, he declined. Nicholas had a difficult time on the Recalling Sentences subtest, which measures the ability to immediately recall spoken language and is a measure of short-term memory. He had difficulty repeating the sentences word for word, often substituting less complex words or omitting words completely. Students who have difficulty on this subtest often have difficulties with associated classroom tasks, such as writing to dictation, taking notes, and remembering the teacher's instructions.

The Listening to Paragraphs subtest was administered in which Nicholas was asked to answer questions pertaining to two paragraphs read to him. He achieved a standard score within the average range indicating an ability to remember facts and details presented in the passages.

Nicholas was administered the *Peabody Picture Vocabulary Test-Third Edition (PPVT-3)* to measure his receptive vocabulary. Nicholas was presented with four black and white pictures and was asked which one best represented the meaning of the stimulus word presented orally by the examiner. Nicolas achieved a score within the average range.

PPVT-III
Standard Score    108
Percentile        70

Nicholas was administered the *Expressive Vocabulary Test (EVT)* to measure his expressive word knowledge and retrieval skills. Nicholas was presented with a picture and a stimulus word or words and was asked to respond with a one-word synonym. He received a score within the low average range on this test. This was the last test administered to Nicholas and he appeared somewhat fatigued, which was evidenced by his responding more quickly than previously without taking time to think about the answer. This may have affected his performance.

EVT
Standard Score    88
Percentile        21

The twenty-point difference between the *EVT* score and the *PPVT-III* score is statistically significant. This would signify word retrieval difficulties. Both of the test scores are within the average range indicating Nicholas has learned strategies to compensate for his weakness in word retrieval.

### Summary and Recommendations:

Formal testing revealed that Nicholas presents with receptive and expressive language skills within the average range. An auditory weakness was exhibited in his ability to recall sentences, which also indicated short-term memory difficulties. There is a statistically significant difference between the receptive and expressive vocabulary scores; however, both scores fell within the average range indicating that Nicholas has learned strategies to compensate for his weakness in word retrieval. Also, the expressive vocabulary score may not be a true indication of his ability due to Nicolas' becoming fatigued near the end of testing. Speech services are not recommended at this time.

*L. Wojszynski*

Linda Wojszynski, M.S. Ed., CCC-SLP;
Speech/Language Pathologist