# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

R.C. AND M.B., ON BEHALF OF THEIR MINOR
CHILD, N.C.,

                                  **Plaintiffs,**

        **-against-**

**07 CV 02806  (KMK) (MDF)**
**JUDGMENT**

BOARD OF EDUCATION OF THE HYDE PARK
CENTRAL SCHOOL DISTRICT,

                                   **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BOARD OF EDUCATION OF THE HYDE PARK
CENTRAL SCHOOL DISTRICT,

                           **Counter Claimant,**

        **-against-**

R.C. AND M.B., ON BEHALF OF THEIR MINOR
CHILD, N.C.,

                           **Counter Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Whereas the above entitled action having been assigned to the Honorable
Kenneth M. Karas, U.S.D.J., and the Court thereafter on July 07, 2008, having handed down an
Order (Docket #28), Adopting the Report and Recommendation of the Hon. Mark D. Fox,
U.S.M.J. (Docket #27), that Plaintiffs' claim for compensatory educational services be denied,
it is,

        **ORDERED, ADJUDGED AND DECREED**: that the Court adopts Magistrate
Judge Fox's Report and Recommendation (Docket #27), in its entirety, and Plaintiffs' claim for
compensatory educational services is denied, and the case is hereby closed.

**Dated: White Plains, N.Y**
**July 08, 2008**

*J. Michael McMahon*

**J. Michael McMahon, Clerk of the Court**